1  **WO**

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                        FOR THE DISTRICT OF ARIZONA

7

8    United States of America,               )     06-04132MP-001-MEA
                                              )
9              Plaintiff,                      )     **ORDER**
                                              )
10   vs.                                       )
                                              )
11                                             )
                                              )
12   GARY CHISCHILLY,                          )
                                              )
13             Defendant.                      )
     _____)

14

15

16          The defendant appeared in court with counsel. The defendant's probable cause hearing

17   was waived and his  detention hearing was held by defendant through defense counsel.  The

18   Court finds probable cause to believe the defendant violated the terms of his unsupervised

19   probation as alleged in the petition.

20          IT IS ORDERED that the defendant is detained as flight risk, pending further

21   revocation proceedings. Pursuant to Rule 32.1(a)(6) defendant has failed to show he is not

22   a flight risk or a danger.

23          DATED this 8th day of February, 2007.

24

25

26                                    _____
                                            Mark E. Aspey
27                                    United States Magistrate Judge

28